| | |
|---|---|
| 1 | Jason Sias (SBN 279196) |
|   | Jsias@siaslawinc.com |
| 2 | SIAS LAW, INC. |
|   | 1809 S Street, Suite 101-291 |
| 3 | Sacramento, CA 95811 |
|   | Telephone: (888) 958-5071 |
| 4 | Facsimile: (888) 958-5072 |
| 5 | Attorney for Plaintiffs |

BARBARA J. PARKER, City Attorney, SBN 069722
MARIA BEE, Chief Assistant City Attorney, SBN 167716
KEVIN P. MCLAUGHLIN, Supervising Deputy City Attorney, SBN 251477
MONTANA B. BAKER, Deputy City Attorney, SBN 319491
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-2961; Fax: (510) 238-6500
Email: mbaker@oaklandcityattorney.org

Attorneys for Defendant
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANCREASA BLU, individually; and A.A., a minor, by and through her guardian ad litem, Sancreasa Blu, | Case No. 3:23-cv-01655-AGT |
| Plaintiff, | **STIPULATION AND ORDER (AS MODIFIED) CONTINUING INITIAL SETTLEMENT CONFERENCE** |
| v. | |
| CITY OF OAKLAND, a public entity, OFFICER BENJAMIN OLSON, in his individual and official capacity, SERGEANT KEITH PEREA, in his individual and official capacity, OFFICER BROOKE NOLETTE, in her individual and official capacity, and DOES 1 Through 100 inclusive, | |
| Defendants. | |

1    Plaintiffs SANCREASA BLU, et al. and Defendant CITY OF OAKLAND (the "parties")
2    hereby stipulate as follows:
3    Plaintiffs filed an amended complaint on November 14, 2023, naming three additional
4    individual defendants. Dkt. No. 33. The City of Oakland answered the amended complaint on
5    November 28, 2023. Dkt. No. 34. The newly added defendants have not yet appeared in the case.
6    The parties have a settlement conference scheduled for January 19, 2024 with Chief
7    Magistrate Judge Donna M. Ryu. Dkt. No. 29.
8    Per the settlement conference order, Dkt. No. 29, if the parties seek a continuance of the
9    settlement conference past a deadline set by the judge to whom the case is assigned for trial, the
10   party seeking the continuance must secure permission from the trial judge before seeking the
11   continuance from Judge Ryu. On January 20, 2023, Magistrate Judge Tse, to whom the case is
12   assigned for trial, issued an order continuing the deadline for the initial settlement conference
13   from February 29, 2024 to April 30, 2024, or the next available date convenient for Chief
14   Magistrate Judge Ryu. Dkt. No. 39.
15   The parties desire to resolve the pleadings prior to engaging in settlement conference.
16   Based upon the foregoing, the parties stipulate and request that Chief Magistrate Judge Ryu
17   continue the initial settlement conference from January 19, 2024 to April 26, 2024, or a date
18   convenient for Chief Magistrate Judge Ryu.

Respectfully submitted,

Dated:  December 22, 2023    **BARBARA J. PARKER, City Attorney**

By: */s/ Montana B. Baker*
MONTANA B. BAKER, Deputy City Attorney
Attorneys for Defendant
CITY OF OAKLAND

Dated:  December 22, 2023    **SIAS LAW, INC.**

By: */s/ Jason O. Sias*
JASON SIAS
Attorney for Plaintiffs

\* The filer attests that the concurrence in this filing has been obtained from all other signatories hereto pursuant to N.D. Cal. Local Rule 5-1(i)(3).

**ORDER (AS MODIFIED)**

Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders the initial settlement conference continued from January 19, 2024 to May 3, 2024 at 1:00 p.m. in person in Courtroom 4, Third Floor, U.S. District Court, 1301 Clay Street, Oakland, CA 94612. Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated September 26, 2023. [See Docket No. 29.] Plaintiff shall provide a fresh written demand by April 12, 2024 with a copy to Judge Ryu at **DMRsettlement@cand.uscourts.gov**.

IT IS SO ORDERED AS MODIFIED.

Dated: December 26, 2023



By: _____
HON. DONNA M. RYU
Chief Magistrate Judge